**Dismissed and Memorandum Opinion filed June 30, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-01077-CV

### RONALD DWAYNE WHITFIELD, Appellant

### V.

### FIRST SERVICE CREDIT UNION, Appellee

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-45473**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed December 7, 2015. The notice of appeal was filed December 11, 2015. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On April 19, 2016, this court ordered appellant to pay the appellate filing fee on or before May 4, 2016, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.